# United States Court of Appeals
### For The District of Columbia Circuit

―――――――――

**No. 23-7073**                          **September Term, 2023**

1:22-mc-00096-RC
1:22-mc-00117-RC
1:23-mc-00007-RC

**Filed On:** October 26, 2023

In re: Jeffrey B. Clark,

------------------------------

Jeffrey B. Clark, A Member of the Bar of the District of Columbia Court of Appeals (Bar Registration No. 455315),

        Appellant

    v.

D.C. Office of Disciplinary Counsel,

        Appellee

------------------------------

Consolidated with 23-7074, 23-7075

     **BEFORE:**     Henderson, Pillard, and Pan, Circuit Judges

### O R D E R

Upon consideration of the of the motion for stay filed July 14, 2023, the opposition thereto, and the reply; the motion for stay filed August 31, 2023, and the errata thereto; the motion for leave to file an out-of-time response to the motion for stay filed August 31, 2023, the lodged opposition to the motion for stay filed August 31, 2023, and the opposition to the motion for leave; the motion for judicial notice; the motion requesting a ruling on the stay motions, the opposition thereto, and the reply; and the motion to exceed the word limits for principal briefs, it is

**ORDERED** that the motion for judicial notice be granted only as to the existence of the records at issue. See Crumpacker v. Ciraolo-Klepper, 715 F. App'x 18, 19 (D.C. Cir. 2018). It is

**FURTHER ORDERED** that the motion for leave to file an out-of-time response to the motion for stay filed August 31, 2023, be denied. It is

# United States Court of Appeals
## For The District of Columbia Circuit

_____

**No. 23-7073**                                         September Term, 2023

**FURTHER ORDERED** that the motions for stay be denied.  Appellant has not satisfied the stringent requirements for a stay pending appeal.  See Nken v. Holder, 556 U.S. 418, 434 (2009); D.C. Circuit Handbook of Practice and Internal Procedures 33 (2021).  Nor has appellant shown that the district court's June 8, 2023, remand order has been automatically stayed pending appeal.  It is

**FURTHER ORDERED** that the motion requesting a ruling on the stay motions be dismissed as moot.  It is

**FURTHER ORDERED** that the motion to exceed the word limits be denied.

The Clerk is directed to enter a briefing schedule.

**Per Curiam**

                      **FOR THE COURT:**
                      Mark J. Langer, Clerk

BY:   /s/
      Selena R. Gancasz
      Deputy Clerk