# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 23-7073**                                    **September Term, 2023**

1:22-mc-00096-RC
1:22-mc-00117-RC
1:23-mc-00007-RC

**Filed On:** February 6, 2024

In re: Jeffrey B. Clark,

------------------------------

Jeffrey B. Clark, A Member of the Bar of the District of Columbia Court of Appeals (Bar Registration No. 455315),

    Appellant

    v.

D.C. Office of Disciplinary Counsel,

    Appellee

------------------------------

Consolidated with 23-7074, 23-7075

    **BEFORE:**    Katsas, Rao, and Garcia, Circuit Judges

## O R D E R

Upon consideration of the motion to stay and the opposition thereto, it is

**ORDERED** that the motion be denied. Appellant has not shown that intervening developments warrant reconsideration of the denial of a stay pending appeal.

### Per Curiam

                                              **FOR THE COURT:**
                                              Mark J. Langer, Clerk

                              BY:    /s/
                                       Selena R. Gancasz
                                       Deputy Clerk