# United States Court of Appeals
### For The District of Columbia Circuit
_____

| | |
|---|---|
| **No. 23-7073** | **September Term, 2023** |
| | 1:23-mc-00007-RC |
| | 1:22-mc-00117-RC |
| | 1:22-mc-00096-RC |
| | **Filed On: February 28, 2024** [2042768] |

In re: Jeffrey B. Clark,

------------------------------

Jeffrey B. Clark, A Member of the Bar of
the District of Columbia Court of Appeals
(Bar Registration No. 455315),

    Appellant

    v.

D.C. Office of Disciplinary Counsel,

    Appellee

------------------------------

Consolidated with 23-7074, 23-7075

## O R D E R

    Upon consideration of the court's February 20, 2024 order granting appellant's motion to extend time to file the reply brief and for incorporated motion to unseal, and it appearing that the remaining briefing deadlines were not extended accordingly, it is

    **ORDERED**, on the court's own motion, that the following revised briefing schedule will apply in these cases:

| | |
|---|---|
| Appellant's Reply Brief | March 7, 2024 (unchanged) |
| Deferred Appendix | March 14, 2024 |
| Final Briefs | March 28, 2024 |

                                    **FOR THE COURT:**
                                    Mark J. Langer, Clerk

                        BY:    /s/
                                    Michael C. McGrail
                                    Deputy Clerk