# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 23-7073**  **September Term, 2023**

1:23-mc-00007-RC
1:22-mc-00117-RC
1:22-mc-00096-RC

**Filed On: April 29, 2024** [2051837]

In re: Jeffrey B. Clark,

------------------------------

Jeffrey B. Clark, A Member of the Bar of
the District of Columbia Court of Appeals
(Bar Registration No. 455315),

     Appellant

   v.

D.C. Office of Disciplinary Counsel,

     Appellee

------------------------------

Consolidated with 23-7074, 23-7075

## O R D E R

It is **ORDERED**, on the court's own motion, that the following times are allotted for the oral argument of these cases scheduled for May 10, 2024, at 9:30 A.M.:

| | | |
|---|---|---|
| Appellant | - | 10 Minutes |
| Appellee | - | 10 Minutes |

One counsel per side to argue. The panel considering these cases will consist of Circuit Judges Pillard, Katsas, and Garcia.

Form 72, which may be accessed through the link on this order, must be completed and returned to the Clerk's Office by May 1, 2024.

**Per Curiam**

    **FOR THE COURT:**
    Mark J. Langer, Clerk

BY:  /s/
    Michael C. McGrail
    Deputy Clerk

The following forms and notices are available on the Court's website:

Notification to the Court from Attorney Intending to Present Argument (Form 72)