No. 23-7073 September Term, 2024

1:22-mc-00096-RC
1:22-mc-00117-RC
1:23-mc-00007-RC

Filed On: September 12, 2024

In re: Jeffrey B. Clark,

------------------------------

Jeffrey B. Clark, A Member of the Bar of the District of Columbia Court of Appeals (Bar Registration No. 455315),

    Appellant

    v.

D.C. Office of Disciplinary Counsel,

    Appellee

------------------------------

Consolidated with 23-7074, 23-7075

**BEFORE:** Pillard, Katsas, and Garcia, Circuit Judges

## O R D E R

Upon consideration of appellant's motion to recall the mandate, the opposition thereto, and the reply; and appellant's petition for rehearing en banc and the supplement thereto, it is

**ORDERED** that the motion to recall the mandate be denied. Because the mandate has not been recalled, the en banc rehearing request is untimely and will not be presented to the full court.

### Per Curiam

    **FOR THE COURT:**
    Mark J. Langer, Clerk

    BY: /s/
    Daniel J. Reidy
    Deputy Clerk