# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

October 2, 2024

Clerk
United States Court of Appeals for the District
of Columbia Circuit
333 Constitution Avenue, NW
Washington, DC 20001

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

OCT - 7 2024

RECEIVED

Re: Jeffrey B. Clark
v. D.C. Office of Disciplinary Counsel
Application No. 24A316
(Your No. 23-7073, 23-7074, 23-7075)

Dear Clerk:

The application for an extension of time within which to file a petition for a writ of certiorari in the above-entitled case has been presented to The Chief Justice, who on October 2, 2024, extended the time to and including December 9, 2024.

This letter has been sent to those designated on the attached notification list.

Sincerely,

**Scott S. Harris**, Clerk

by

Sara Simmons
Case Analyst

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

## NOTIFICATION LIST

Mr. Harry W. MacDougald
Caldwell, Carlson, Elliott & DeLoach, LLP
Six Concourse Parkway
Suite 2400
Atlanta, GA 30328


Clerk
United States Court of Appeals for the District of Columbia Circuit
333 Constitution Avenue, NW
Washington, DC 20001

OFFICE OF THE CLERK
**SUPREME COURT OF THE UNITED STATES**
WASHINGTON, DC 20543-0001

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300



FIRST-CLASS MAIL

10/03/2024
**US POSTAGE** $000.69⁰
US OFFICIAL MAIL
$300 Penalty
For Private Use
ZIP 20543
041M11120601

